FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUL 11 P 2: 56

IN RE:

LEAVE OF ABSENCE REQUEST
FOR C. TROY CLARK
September 12 – September 14, 2016
October 10 – October 14, 2016

)
)
)
)
)
)
)

CASE NOS.: CR111-099, US v. C. Thomas
CR311-009, US v. J.A. Bailey
CR316-004, US v. D. Camp
CR316-006, US v. O. Cannon
CR316-007, US v. J. Mitchell
CR316-009, US v. J. Underwood

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney C. Troy Clark for the following dates:

September 12 through September 14, 2016 for travel to Tennessee to speak to various classes at his alma matter, Freed-Hardeman University, and to meet with faculty and administration about the development of pre-law, criminal justice, and financial fraud classes; and

October 10 through October 14, 2016, for family vacation outside of the district, the same is hereby GRANTED.

This 11th day of July , 2016.

UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA